**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KHALED M. KHALED and ATK ENTERTAINMENT, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CURTIS BORDENAVE and BUSINESS MOVES CONSULTING INC. DBA BUSINESS CONSULTING,<br><br>*Defendants*. | No. _____<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs certify, based on information and belief available to them as of the date below, as follows:

Plaintiff ATK Entertainment, Inc. is a private company, and no publicly held corporation owns 10% or more of its stock.

Dated: June 8, 2018
New York, New York

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
Craig S. Mende
David A. Donahue
Sean F. Harb
4 Times Square, 17th Floor
New York, New York 10036
Tel: (212) 813-5900
*Counsel for Plaintiffs Khaled M. Khaled and ATK Entertainment, Inc.*

{F2642574.1 }