UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KHALED M. KHALED and ATK ENTERTAINMENT, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CURTIS BORDENAVE and BUSINESS MOVES CONSULTING INC. DBA BUSINESS CONSULTING,<br><br>*Defendants*. | Civil Action No.: 1:18-cv-5187<br><br>N**OTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action as counsel to Plaintiffs Khaled M. Khaled and ATK Entertainment, Inc., and that copies of all papers in this action should be delivered to the undersigned at the address provided below.

DATED:  New York, New York
        June 8, 2018

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

/s/  David Donahue
     David Donahue
4 Times Square, 17th Floor
New York, New York 10036
Telephone: (212) 813-5900
Fax: (212) 813-5901
Email:  ddonahue@fzlz.com

*Attorney for Plaintiffs*

{F2642994.1 }