UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KHALED M. KHALED and
ATK ENTERTAINMENT, INC.,

                    Plaintiffs,

        v.

CURTIS BORDENAVE and
BUSINESS MOVES CONSULTING INC. D/B/A
BUSINESS CONSULTING,

                    Defendants.
----------------------------------------------------------X

Case No. 18-cv-05187 (PAE)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE**, that Peter T. Shapiro of Lewis Brisbois Bisgaard & Smith LLP, 77 Water Street, Suite 2100, New York, New York 10005 hereby appears in the above-captioned action as counsel for Defendants and respectfully requests that all communications in this matter be directed to his attention at the address set forth below.

Dated:  New York, New York
          June 29, 2018

                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

                              By:      /s/ Peter T. Shapiro
                                      Peter T. Shapiro
                                      *Attorneys for Defendants*
                                      77 Water Street, Suite 2100
                                      New York, New York 10005
                                      (212) 232-1300
                                      Peter.Shapiro@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on June 29, 2018, he caused his Notice of Appearance to be filed and served by ECF.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                    /s/ Peter T. Shapiro
                                                                       Peter T. Shapiro