USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KHALED M. KHALED and
ATK ENTERTAINMENT, INC.,

                Plaintiffs,

v.

CURTIS BORDENAVE and
BUSINESS MOVES CONSULTING INC. DBA
BUSINESS CONSULTING,

                Defendants.
------------------------------------------------------------X

Case No. 18-cv-05187 (PAE)

**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto that Defendants shall have up to and including July 31, 2018 to move, answer or otherwise respond to the Complaint.

Dated: New York, New York
June 29, 2018

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
Creaig S. Mende, Esq.
4 Times Square, 17th Floor
New York, New York 10036
(212) 813-5900
cmende@frosszelnick.com
*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Peter T. Shapiro, Esq.
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300
Peter.Shapiro@lewisbrisbois.com
*Attorneys for Defendants*

SO ORDERED: 6/29/18

Paul A. Engelmayer
U.S.D.J.

4845-7418-8396.1