```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Case No. 18-cv-05187 (PAE)(DCF)
KHALED M. KHALED and
  ATK ENTERTAINMENT, INC.,
              Plaintiffs,
         v.                                                     **ORDER FOR SUBSTITUTION OF**
CURTIS BORDENAVE and                                            **COUNSEL FOR DEFENDANTS**
BUSINESS MOVES CONSULTING INC.
D/B/A BUSINESS CONSULTING,

              Defendants.
------------------------------------------------------------X

**IT IS HEREBY ORDERED** that Matthew W. Siegal, Esq., of Dilworth & Barrese, LLP, be substituted as counsel of record for defendants in the above-captioned action, in place of Peter Shapiro, Esq. of Lewis Brisbois Bisgaard & Smith LLP.

*/s/ Paul A. Engelmayer*
Honorable Paul A. Engelmayer
U.S.D.J.

Dated: New York, New York
       July 26, 2018