Matthew W. Siegal
Attorneys for Defendants
1000 Woodbury Road
Woodbury, New York 11797
Tel.: (516) 228-8484
Fax: (516) 228-8516
msiegal@dilworthbarrese.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X   Case No. 18-cv-05187 (PAE) (DCF)

KHALED M. KHALED and
  ATK ENTERTAINMENT, INC.,

                Plaintiffs,
     v.

CURTIS BORDENAVE and
BUSINESS MOVES CONSULTING INC.
D/B/A BUSINESS CONSULTING,

                Defendants.
-------------------------------------------------------------X

## MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT ON CONSENT

      Attorneys for Defendant(s) CURTIS BORDENAVE and BUSINESS MOVES CONSULTING INC., D/B/A BUSINESS CONSULTING, request an extension of time until August 14, 2018, to answer or otherwise plead to the Amended Complaint filed by Plaintiff KHALED M. KHALED and ATK ENTERTAINMENT, INC.

      The attorneys for the Plaintiffs consent to this motion. The extension is needed because the undersigned counsel just recently appeared on behalf of Defendants in this lawsuit. This is current counsels' first request for an extension and the second request overall.

Defendants respectfully request an extension of time to August 14, 2018 to answer or otherwise plead to the Amended Complaint filed by the Plaintiff.  A response is currently due on July 31, 2018.

Dated: New York, New York
       July 27, 2018

                                           /s/  Matthew W. Siegal
                                              Matthew W. Siegal

SO ORDERED:

_____
Honorable Paul A. Engelmayer, U.S.D.J.

## **CERTIFICATE OF SERVICE**

      I hereby certify that the attached MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT ON CONSENT is being transmitted and served by ECF to counsel for plaintiff, KHALED M. KHALED and ATK ENTERTAINMENT, INC., on July 27, 2018.

                                           /s/ Matthew W. Siegal
                                           Matthew W. Siegal