Matthew W. Siegal
Attorneys for Defendants
1000 Woodbury Road
Woodbury, New York 11797
Tel.: (516) 228-8484
Fax: (516) 228-8516
msiegal@dilworthbarrese.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2018
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X   Case No. 18-cv-05187 (PAE) (DCF)

KHALED M. KHALED and
ATK ENTERTAINMENT, INC.,

             Plaintiffs,

v.

CURTIS BORDENAVE and
BUSINESS MOVES CONSULTING INC.
D/B/A BUSINESS CONSULTING,

             Defendants.
-----------------------------------------------------------------X

## MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT ON CONSENT

Attorneys for Defendant(s) CURTIS BORDENAVE and BUSINESS MOVES CONSULTING INC., D/B/A BUSINESS CONSULTING, request an extension of time until August 14, 2018, to answer or otherwise plead to the Amended Complaint filed by Plaintiff KHALED M. KHALED and ATK ENTERTAINMENT, INC.

The attorneys for the Plaintiffs consent to this motion. The extension is needed because the undersigned counsel just recently appeared on behalf of Defendants in this lawsuit. This is current counsels' first request for an extension and the second request overall.

Defendants respectfully request an extension of time to August 14, 2018 to answer or otherwise plead to the Amended Complaint filed by the Plaintiff. A response is currently due on July 31, 2018.

Dated: New York, New York
July 27, 2018

/s/ Matthew W. Siegal
Matthew W. Siegal

Granted.

SO ORDERED:

*/s/ Paul A. Engelmayer*

Honorable Paul A. Engelmayer, U.S.D.J.