Matthew W. Siegal
Attorneys for Defendants
1000 Woodbury Road
Woodbury, New York 11797
Tel.:  (516) 228-8484
Fax:  (516) 228-8516
*msiegal@dilworthbarrese.com*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

KHALED M. KHALED and
  ATK ENTERTAINMENT, INC.,

                Plaintiffs,

        v.                                    Case No. 18-cv-05187 (PAE) (DCF)

CURTIS BORDENAVE and               **DEFENDANTS' CORPORATE**
BUSINESS MOVES CONSULTING INC.  **DISCLOSURE STATEMENT**
D/B/A BUSINESS CONSULTING,         **PURSUANT TO FED. R. CIV. P. 7.1**

                Defendants.

----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants certify, based on information and belief available to them as of the date below, as follows:

      Business Moves Consulting Inc. is a private company, and no publicly held corporation owns 10% or more of its stock.


Dated: New York, New York        DILWORTH & BARRESE, LLP
       August 13, 2018

                                  By:  /s/  Matthew W. Siegal
                                        Matthew W. Siegal
                                        Attorneys for Defendants
                                        1000 Woodbury Road
                                        Woodbury, New York 11797
                                        Tel.:  (516) 228-8484
                                        Fax:  (516) 228-8516
                                        *msiegal@dilworthbarrese.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that the attached DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 is being transmitted and served by ECF to Craig S. Mende, David A. Donahue and Sean F. Harb, counsel for plaintiff, Khaled M. Khaled and ATK Entertainment, Inc., on August 13, 2018.

      /s/  Matthew W. Siegal
      Matthew W. Siegal