UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Plaintiff,   KHALED M. KHALED, et al.,

-v-

Defendant.   CURTIS BORDENAVE, et al.,

---------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

18 CV 5187   (PAE) (DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

All such motions: _____

Plaintiff's counsel is to contact the Magistrate Judge's Chambers to schedule a settlement conference when both parties are ready.

*Do not check if already referred for general pretrial.

Dated September 25, 2018

SO ORDERED:

_Paul A. Engelmayer_
United States District Judge

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED: 9/25/2018**