|  |  |  |
|---|---|---|
| Peter G. Dilworth<br>Rocco S. Barrese<br>Jaksha C. Tomic<br>Stephen R. Barrese<br>Michael J. Musella<br><br>Of Counsel<br>Matthew W. Siegal<br>Michael A. Scaturro | **DILWORTH & BARRESE, LLP**<br>*Attorneys at Law*<br>1000 Woodbury Road, Suite 405<br>Woodbury, New York 11797<br><br>Telephone (516) 228-8484<br>Facsimile (516) 228-8516<br>Email iplaw@dilworthbarrese.com<br><br>Matthew W. Siegal<br>Direct (516) 224-1621<br>msiegal@dilworthbarrese.com | George M. Kaplan<br>Kimberly T. Nguyen*<br>Joyce F. Liu<br><br>*Admitted in NJ only<br><br>Sun J. Kim**<br><br>**Licensed Patent Agent |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2018
```

October 22, 2018

By ECF
Judge Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall
40 Foley Square
New York, New York 10007

    Re:    Khaled M. Khaled, et. al. v. Curtis Bordenave, et. al.
              Civil Action No.: 18-cv-05187 (PEA)

Dear Judge Engelmayer:

Counsel for defendants in the above-referenced action, write Pursuant to Rule 1(E) of Your Honor's Individual Rules and Practices in Civil Cases, with the consent of counsel for plaintiffs, to request a short extension of the time for all parties to move for leave to amend the pleadings.

This action concerns allegations of trademark infringement and additional related claims in connection with two separate alleged "marks" and purported competing uses by the parties. A Civil Case Management Plan and Scheduling Order was filed in the action on September 26, 2018 (ECF Docket No. 22) (the "Scheduling Order"). Pursuant to Section 3 of the Scheduling Order, the parties are required to file any motions to amend pleadings within thirty (30) days, i.e., by October 26, 2018. We respectfully request a short extension of this deadline to November 19, 2018.

The reason for the extension request is that the parties are scheduled to respond to interrogatories and document requests on November 5, 2018. It is respectfully submitted that the parties will be in a better position to determine whether any amendments to the pleadings are advisable

Judge Paul A. Engelmayer                                        October 22, 2018
                                                                Page 2

following this discovery exchange and, specifically, having received further details on the respective individuals involved and the extent of their involvement as well as types of use of the disputed marks. We also believe this extension, if granted, would likely prevent the possibility of potentially having to seek leave to further amend the pleadings in the event any party files an initial motion to amend prior to the upcoming discovery exchange and then learns new reasons for another amendment.

This is the first request for an extension of the time for the parties to move to amend the pleadings. It is not anticipated that the extension to November 19, 2018, if granted, would impact any of the other deadlines provided for in the Scheduling Order.

Your Honor's courtesies in considering this request are greatly appreciated.

Respectfully submitted,

*Matthew Siegal*/s

Matthew W. Siegal, Esq.

MWS/rrd

10/23/18

Granted. The deadline for parties to amend the pleadings is hereby extended to November 19, 2018.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge