Craig S. Mende (cmende@fzlz.com)
David A. Donahue (ddonahue@fzlz.com)
Sean F. Harb (sharb@fzlz.com)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
4 Times Square, 17th Floor
New York, NY 10036
Tel: (212) 813-5900

*Attorneys for Plaintiffs*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2018
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KHALED M. KHALED and ATK ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CURTIS BORDENAVE and BUSINESS MOVES CONSULTING INC. DBA BUSINESS CONSULTING, <br><br> Defendants. | Case No. 18 Civ. 5187 (PAE) |

STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND THE CAPTION

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that the caption of this action be amended to reflect the correct business name of Defendant Business Moves Consulting Inc. The new caption shall be as follows:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KHALED M. KHALED and ATK ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CURTIS BORDENAVE and BUSINESS MOVES CONSULTING INC. dba BUSINESS MOVES, <br><br> Defendants. | Case No. 18 Civ. 5187 (PAE) |

{F2790198.1 }

**SO STIPULATED AND AGREED.**

Dated:   New York, New York
~~October~~ 16 2018
November

**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**

By: _____
Craig Mende
David Donahue
Sean Harb
4 Times Square, 17th Floor
New York, NY 10036
Phone: (212) 813-5900
Email: cmende@fzlz.com
        ddonahue@fzlz.com
        sharb@fzlz.com

*Attorneys for Plaintiffs.*
*Khaled M. Khaled and ATK Entertainment, Inc*

Dated:   New York, New York
~~October~~, 2018
November 16,

**DILWORTH & BARRESE, LLP**

By: _____
Matthew W. Siegal
1000 Woodbury Road
Woodbury, New York 11797
Phone: (516) 228-8484
Email: *siegal@dilworthbarrese.com*

*Attorney for Defendants*
*Curtis Bordenave and Business Moves*
*Consulting Inc., dba Business Moves*

Dated: New York, New York
_____11/19_____, 2018

SO ORDERED

_____
Paul A. Engelmayer
United States District Judge

{F2790198.1}