**D&B**

| | | |
|---|---|---|
| Peter G. Dilworth<br>Rocco S. Barrese<br>Jaksha C. Tomic<br>Stephen R. Barrese<br>Michael J. Musella<br>―――――<br>Of Counsel<br>Matthew W. Siegal<br>Michael A. Scaturro | DILWORTH & BARRESE, LLP<br>*Attorneys at Law*<br>1000 Woodbury Road, Suite 405<br>Woodbury, New York 11797<br>―――――<br>Telephone (516) 228-8484<br>Facsimile (516) 228-8516<br>Email iplaw@dilworthbarrese.com<br><br>Matthew W. Siegal<br>Direct (516) 224-1621<br>msiegal@dilworthbarrese.com | George M. Kaplan<br>Kimberly T. Nguyen*<br>Joyce F. Liu<br>―――――<br>*Admitted in NJ only<br><br>Sun J. Kim**<br>―――――<br>**Licensed Patent Agent |

January 7, 2019

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court for the
 Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   Re: *Khaled v. Bordenave*, No. 18 Civ. 5187 (PAE)(DF)

Dear Judge Engelmayer:

  We represent Defendant Business Moves Consulting Inc. d/b/a/ Business Moves. Please note that Defendant Curtis Bordenave has notified us that he no longer consents to be represented by the same firm representing Business Moves and indicated that we no longer represent him in this action. We are in the process of preparing papers to formalize his instructions.

  We write jointly with counsel for Plaintiffs Khaled M. Khaled ("Khaled") and ATK Entertainment, Inc. ("ATK") (collectively "Plaintiffs") to request a three (3) month extension of the discovery deadlines in this case. This is the first request for an extension of the discovery deadlines. The parties have exchanged written discovery and responses thereto. The parties have collected paper and electronic documents from their clients and are preparing to exchange documents electronically.  The parties have also entered into a Stipulated Protective Order and conducted a settlement conference with Magistrate Freeman.

The Honorable Paul A. Engelmayer
January 7, 2019
Page 2

      The current and proposed discovery deadlines are presented below. Upon approval by the Court, the parties will submit an updated Case Management Plan and Scheduling Order.

      The next Case Management Conference is set for Friday, February 22, 2019, at 10:30 am.

| Activity | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| All fact discovery completed by | January 23, 2019 | April 26, 2019 |
| Depositions to be completed by | January 23, 2019 | April 26, 2019 |
| Request to admit to be served by | December 7, 2018 | March 8, 2019 |
| All expert discovery completed by | March 9, 2019 | June 10, 2019 |

Respectfully submitted,

| DILWORTH & BARRESE, LLP | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
| --- | --- |
| By:  *Matthew W. Siegal/s*<br>      Matthew W. Siegal<br>1000 Woodbury Road, Suite 405<br>Woodbury, NY 11797<br>Tel:  (516) 228-8484<br>Email:  msiegal@dilworthbarrese.com<br><br>*Attorneys for Defendant Business Moves* | By:  *David Donahue/s*<br>      Craig S. Mende<br>      David Donahue<br>      Sean F. Harb<br>4 Times Square, 17th Floor<br>New York, New York 10036<br>Tel:  (212) 813-5900<br>Email:  cmende@fzlz.com<br>          ddonahue@fzlz.com<br>          sharb@fzlz.com<br><br>*Attorneys for Plaintiffs* |