UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KHALED M. KHALED and ATK ENTERTAINMENT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> CURTIS BORDENAVE and BUSINESS MOVES CONSULTING INC. DBA BUSINESS MOVES, <br><br> *Defendants*. | ECF CASE <br><br> Docket No. 18-cv-5187 (PAE) |

### NOTICE OF PLAINTIFFS' MOTION FOR
### LEAVE TO FILE AN AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT Plaintiffs Khaled M. Khaled and ATK Entertainment, Inc. ("Plaintiffs"), by and through their undersigned counsel, shall move this Court, before the Honorable Paul A. Engelmayer, United States District Judge for the Southern District of New York, at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at such time as the Court may hereafter determine, for leave to file an Amended Complaint, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE THAT in support of their motion, Plaintiffs shall rely upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Leave to File an Amended Complaint and the Declaration of David A. Donahue in Support of Plaintiffs' Motion for Leave to File an Amended Complaint.

Pursuant to Local Civil Rule 6.1(b), any opposition to this motion shall be served within fourteen days after service of this Notice. Reply papers, if any, shall be served within seven days of service of the answering papers.

{F2887693.1 }

```
```
Case 1:18-cv-05187-PAE   Document 33   Filed 01/09/19   Page 2 of 2

Dated: January 9, 2019                    FROSS ZELNICK LEHRMAN & ZISSU, P.C.

                                          By:   /s/ David A. Donahue
                                              Craig S. Mende
                                              David A. Donahue
                                              Sean F. Harb
                                          4 Times Square, 17th Floor
                                          New York, NY  10036
                                          Phone:  (212) 813-5900
                                          Email:  cmende@fzlz.com
                                                  ddonahue@fzlz.com
                                                  sharb@fzlz.com

                                          *Attorneys for Plaintiffs Khaled M. Khaled and ATK Entertainment, Inc.*

{F2887693.1 }