Matthew W. Siegal
Dilworth & Barrese LLP
Attorneys for Defendants
1000 Woodbury Road
Woodbury, New York 11797
Tel.: (516) 228-8484
Fax: (516) 228-8516
msiegal@dilworthbarrese.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KHALED M. KHALED and
 ATK ENTERTAINMENT, INC.,

                Plaintiffs,

     v.                                   Case No. 18-cv-05187 (PAE) (DCF)

CURTIS BORDENAVE and
BUSINESS MOVES CONSULTING INC.
D/B/A BUSINESS MOVES,

                Defendants.
-----------------------------------------------------------X

### NOTICE OF WITHDRAWAL FROM REPRESENTATION OF CURTIS BORDENAVE BY MATTHEW W. SIEGAL, PHILIP J. CAMPISI, JR AND BRIAN P. WALSH

Please take Notice that individual defendant Curtis Bordenave has indicated that he desires separate representation, apart from the attorneys representing Business Moves Consulting Inc. and has indicated that he no longer consents to be represented by prior Counsel, Matthew W. Siegal of Dilworth and Barrese LLP and co-counsel, Philip J. Campisi, Jr. and Brian P. Walsh of Westerman Ball Ederer Miller Zucker & Sharfstein, LLP.

Matthew W. Siegal of Dilworth and Barrese LLP and Philip J. Campisi, Jr. and Brian P. Walsh of Westerman Ball Ederer Miller Zucker & Sharfstein, LLP are continuing to represent Business Moves.

Mr. Bordenave has indicated that he intends to either pursue new representation or proceed pro se. He has not yet indicated that he has secured new counsel, but has indicated his intention to proceed pro se in the interim.

All further correspondence, pleadings and papers relating to this matter should be served on Mr. Bordenave directly.

Dated: New York, New York  　　　　　　DILWORTH & BARRESE, LLP
　　　　January 11, 2019

　　　　　　　　　　　　　　　　　　　By:   *Matthew W. Siegal*/s
　　　　　　　　　　　　　　　　　　　　　　Matthew W. Siegal
　　　　　　　　　　　　　　　　　　　　　　Dilworth & Barrese LLP
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　1000 Woodbury Road
　　　　　　　　　　　　　　　　　　　　　　Woodbury, New York 11797
　　　　　　　　　　　　　　　　　　　　　　Tel.: (516) 228-8484
　　　　　　　　　　　　　　　　　　　　　　Fax: (516) 228-8516
　　　　　　　　　　　　　　　　　　　　　　*msiegal@dilworthbarrese.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that the attached NOTICE OF WITHDRAWL FROM REPRESENTATION OF CURTIS BORDENAVE BY MATTHEW W. SIEGAL, PHILIP J. CAMPISI, JR AND BRIAN P. WALSH is being transmitted and served electronically on Curtis Bordenave and by ecf to Craig S. Mende, David A. Donahue and Sean F. Harb, counsel for plaintiff, Khaled M. Khaled and ATK Entertainment, Inc., on January 11, 2019.

*Matthew W. Siegal*/s
Matthew W. Siegal