Matthew W. Siegal, Esq.
DILWORTH & BARRESE LLP
1000 Woodbury Road, Suite 405
Woodbury, New York 11797
(516) 228-8484
msiegal@dilworthbarrese.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

KHALED M. KHALED and ATK
ENTERTAINMENT, INC.,                                   Case No:  18-cv-05187 (PAE)(DCF)

                Plaintiffs,

   - against –                                           **NOTICE OF MOTION TO**
                                                                      **WITHDRAW**

CURTIS BORDENAVE and BUSINESS MOVES
CONSULTING INC. d/b/a BUSINESS MOVES,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

     **PLEASE TAKE NOTICE** that, upon the annexed declaration of Matthew W. Siegal, sworn to on January 18, 2019, and the accompanying Memorandum of Law, dated January 18, 2019, the undersigned counsel will move this Court before the Honorable Paul A. Engelmayer, at the Courthouse located at 500 Pearl Street, New York, New York, 10007, for an Order pursuant to Rule 1.4 of the Local Civil Rules for the Southern and Eastern Districts of New York, immediately withdrawing as counsel for Curtis Bourdenave in this action, and granting all other relief deemed just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1 of the Local Rules for the Southern and Eastern Districts of New York, any answering affidavits and supporting papers, must be served upon the undersigned at least fourteen days after service of the moving papers.

Dated: Woodbury, New York
January 18, 2019

                                            DILWORTH & BARRESE, LLP

                                            By: *Matthew W. Siegal*/s
                                                  Matthew W. Siegal, Esq.
                                                  1000 Woodbury Road, Suite 405
                                                  Woodbury, New York 11797
                                                  (516) 228-8484
                                                  msiegal@dilworthbarrese.com

                                          -and-

                                          WESTERMAN BALL EDERER MILLER
                                            ZUCKER & SHARFSTEIN, LLP
                                                Philip J. Campisi, Esq.
                                                1201 RXR Plaza
                                                Uniondale, New York 11556
                                                (516) 622-9200
                                                pcampisi@westermanllp.com
                                                *Attorneys for Defendants Curtis Bordenave*
                                                *Business Moves Consulting Inc. d/b/a*
                                                *Business Moves*

1933821