Rocco S. Barrese, Esq.
Attorneys for Defendant,
Business Moves Consulting d/b/a Business Moves
1000 Woodbury Road
Woodbury, New York 11797
Tel.: (516) 228-8484
Fax: (516) 228-8516
sbarrese@dilworthbarrese.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KHALED M. KHALED and
  ATK ENTERTAINMENT, INC.,

          Plaintiffs,
     v.                                    Case No. 18-cv-05187 (PAE) (DCF)

CURTIS BORDENAVE and
BUSINESS MOVES CONSULTING INC.        NOTICE OF APPEARANCE
D/B/A BUSINESS MOVES,

          Defendants.
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance on behalf of Defendant, Business Moves Consulting Inc. d/b/a Business Moves, and requests that copies of all further correspondence, pleadings, notices and other papers relating to this matter be served upon the undersigned.


Dated: May 17, 2019                     DILWORTH & BARRESE, LLP
       Woodbury, New York

                                        By:  /s/  Rocco S. Barrese
                                            Rocco S. Barrese
                                            Attorneys for Defendant
                                            Business Moves Consulting Inc.
                                            d/b/a Business Moves
                                            1000 Woodbury Road
                                            Woodbury, New York 11797
                                            Tel.: (516) 228-8484
                                            Fax: (516) 228-8516
                                            sbarrese@dilworthbarrese.com